# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| STEVEN BURDA, | : | No. 146 MM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALLA KORENMAN A/K/A ALLA BURDA, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of February, 2024, the "Application for Consolidation," the "Application to Stay Collection of Payments," the "Application to Direct the Superior Court to Recall or Rescind the Remittal/Remand of Record," the "Application for Leave of Court to Supplement & Attach to Pending Matters/Exhibits," the "Application to Attach: June 2, 2023 Superior Court's Memorandum," the "Application to Attach: July 31, 2023 Superior Court's Memorandum," the "Application to Attach Transcripts to Pending Matters," the "Application: to Attach Docket Lists to Pending Matters," and the "Application (for Leave) to Attach as 'Exhibit B'" are DENIED.